Commonwealth ex rel. Kirchner, Appellant, *v.*
Russell.

Submitted April 11, 1966.

*Robert J. Kirchner,* appellant, in propria persona; *John Fuller,* Assistant District Attorney, and *Vincent J. Pepicelli,* District Attorney, for appellee.

Order affirmed.